

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

See attached

|  |  |
|---|---|
| **Plaintiff,** | **Civil Action No.** 26-cv-00464-BJC-VET |
| **V.** | |
| See attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's application to proceed in forma pauperis is granted and the Complaint is dismissed without prejudice.

**Date:**        5/4/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Tweedle

S. Tweedle, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

**Civil Action No.** 26-cv-00464-BJC-VET

Ronald Satish Emrit (Former Client of Larry Birkhead Attorney Nancy Hass of Hallandale Beach, Florida as Family Law Attorney); Satish Dat Beast (Former Client of Paul Gardner, Esquire of Gardner Law Group of Baltimore, Maryland as Entertainment Attorney for Outkast, Mya, Mos Def, Tommy Davidson, and Salahis); Go Go Satish (Former Client of Thomas Hart, Esquire of On The Potomac of Washington, DC and Holland & Knight, LLP and Entertainment Attorney for Gloria Estefan and James Todd Smith also Known as LL Cool J,

Plaintiffs

Snoop Doggy Dogg (Marijuana Smoker named Calvin Broadus); Snoop Doggy Dogg Bowl in Arizona; The Racist State of Arizona (The Only State Which Did not Approve of the Holiday for the Reverend Dr. Martin Luther King, Junior); NBC; Comcast; NBC Universal; Vivendi Universal; Peacock; United States Olympic Committee (USOC); Mike Tirico; Cris Collinsworth; Sunday Night Football; Roger Goodell; National Football League (NFL); Kendrick Lamar; Jay-Z; Dr. Dre; Ice Cube; Estate of Eazy E "Eric Wright" (Former HIV/ AIDS patient); Super Bowl Halftime Show; Bad Bunny